RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio,<br><br>                     Plaintiff,<br><br>Vs.<br><br>Hector M. Gonzalez, et al.<br><br>                     Defendants. | Case Number C-19-0312 CRB<br><br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |

Plaintiff Jose Daniel Castillo-Antonio, and defendants Hector M. Gonzalez, Kim M. Lew, Xiao B. Fang, Hawk Lou, and Ketty Lou, by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants Hector M. Gonzalez, Kim M. Lew, Xiao B. Fang, Hawk Lou, and Ketty Lou is Arthur J. Liu of Inter-Pacific Law Group, Inc.), hereby stipulate as follows:

1. Plaintiff entered into a Settlement Agreement and General Release in this matter with all defendants whereby plaintiff deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants, with all parties to bear their own respective attorney fees and costs.

2. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation to jointly request that the Court dismiss this entire action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio                    4/30/2020

1  Inter-Pacific Law Group, Inc. – By: Arthur J. Liu /s/ Arthur J. Liu

2  Attorney for Hector M. Gonzalez, Kim M. Lew, Xiao B. Fang, Hawk Lou, and Ketty Lou

3                                                                                    4/30/2020

4

5

6

7                                    FILER'S ATTESTATION

8

9  Pursuant to General Order 45, Section X(B), I hereby attest that on April 30, 2020, I, Richard A.

10  Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Arthur J.

11  Liu, attorney for all defendants herein, in the filing of this document.

12

13  /s/ Richard A. Mac Bride

14  Richard A. Mac Bride

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

  1.  That the action entitled Jose Daniel Castillo-Antonio v. Hernandez, et al., Case No. C-19-0312 CRB, is dismissed with prejudice with respect to all defendants and all causes of action, with each party to bear her/his/its own attorney's fees and costs.

Date:   May 1, 2020

Charles R. Breyer
United States District Judge

STIPULATION AND ORDER OF DISMISSAL – 19-0312 CRB